

Via ECF Filing Only

September 30, 2019

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

RE: *United States v. Ross William Ulbricht*, No. 1:19-cv-7512 (LGS) (S.D. NY)
Consent Letter Motion to Unseal Certain Filings

Dear Judge Schofield:

Ross William Ulbricht ("Ulbricht"), through his counsel Zachary L. Newland, submits this consent letter motion to the Court seeking the complete unsealing of certain filings in Ulbricht's underlying criminal prosecution. The Government has indicated that they do not oppose Ulbricht's request.

Ulbricht was previously convicted and sentenced following a jury trial in the case styled *United States v. Ross Ulbricht*, in cause number 1:14-cr-68-LGS in this District. The Court previously denied requests by the Government to unseal certain materials following Ulbricht's conviction for purposes of appeal. (*See* Order, Dkt. 283).

Ulbricht now requests that the Court unseal its December 22, 2014, sealed order in full in order to allow the parties to use this information for purposes of Ulbricht's § 2255 proceedings. The Government is not opposed to this request.

Additionally, Ulbricht seeks an order from the Court making publicly available two letters from prior counsel which were earlier submitted on an *ex parte* or under seal basis. Ulbricht seeks to unseal letters from his prior attorneys submitted to the Court on December 9, 2014 and December 18, 2014 and were not placed on the public PACER docket. These letters referenced the same materials as the Court's December 22, 2014, sealed order.

The Government is not opposed to unsealing these letters from Ulbricht's prior counsel. These letters need to be made publicly available for purposes of Ulbricht's § 2255 proceedings.

Ulbricht asks that the Court make these three filings publicly available to all parties to ensure that justice is served. Ulbricht asks that the Court continue to maintain all other filings under seal or off of the publicly available docket at this time.

Brandon Sample PLC
P.O. Box 250
Rutland, VT 05702

brandonsample.com
clemency.com
sentencing.net

Tel: (802) 444-4357
Fax: (802) 779-9590
info@brandonsample.com

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary L. Newland
Email: zach@brandonsample.com
Phone: 802-444-4357
Texas Bar: 24088967

*Attorney for Ross William Ulbricht*

Encl. (0x)
ZLN/
cc:    All counsel of record, via ECF notification
       Mr. Ross William Ulbricht, via U.S. Mail only
       File