UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ROSS WILLIAM ULBRICHT,                    :

               Movant,              :

  -v.-                                              :  19 Cv. 7512 (LGS)

UNITED STATES OF AMERICA,                 :  NOTICE OF MOTION IN
                                                                    SUPPORT OF ULBRICHT'S
                                                                    :  28 U.S.C. § 2255 MOTION
               Respondent.
                                                                      :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE**, that upon the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Memorandum of Law and Facts in Support of 28 U.S.C. § 2255 Motion, and Declaration of Ross William Ulbricht, Movant Ross W. Ulbricht, will move before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the following relief:

(a) Ordering an evidentiary hearing be held on the matters raised in Ulbricht's § 2255 motion and memorandum of law in support;

(b) an Order granting § 2255 relief to Ulbricht and vacating the conviction, judgment and sentence imposed in his criminal case; and

(c) An Order granting Ulbricht any other § 2255 relief that is appropriate.

Dated: October 10, 2019.

        Respectfully submitted,

        <u>/s Zachary Lee Newland</u>
        Zachary Lee Newland
        Senior Litigation Counsel
        **Brandon Sample PLC**
        P.O. Box 250
        Rutland, Vermont 05702
        Tel: (802) 444-4357
        Fax: (802) 779-9590
        E-mail: zach@brandonsample.com
        Texas Bar: 24088967
        https://brandonsample.com

        *Counsel for Ross William Ulbricht*

To:  Clerk of the Court

    U.S. Attorney's Office
    Southern District of New York