USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
ROSS WILLIAM ULBRICHT,  

                        Petitioner,  

        -against-  

UNITED STATES OF AMERICA  

                        Respondent.  
------------------------------------------------------------X  

14 Cr. 68 (LGS)  

19 Civ. 7512 (LGS)  

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS on November 13, 2019, an Order was issued regarding Petitioner's motion for relief from his conviction pursuant to 28 U.S.C. § 2255. The Order stated that Petitioner must "either return [an accompanying attorney-client privilege waiver form] to the court by January 14, 2020, or file a letter by the same date stating a basis for not returning the document." 14 Cr. 68 at Dkt No. 380;

WHEREAS on November 18, 2019, Petitioner filed an emergency motion to stay the Order regarding attorney-client privilege and requesting a motion for reconsideration of that Order. 14 Cr. 68 at Dkt. No. 381; 19 Civ. 7512 at Dkt No. 11;

WHEREAS, the emergency motion is construed as the letter from Petitioner stating the basis for not returning the attorney-client privilege waiver form. It is hereby

**ORDERED** that Petitioner's emergency motion to stay the Order is **denied** and motion for reconsideration is **denied**. It is further

**ORDERED** that the parties shall meet and confer regarding the scope of the attorney-client waiver. The parties shall, by **December 3, 2019**, file a letter with the Court regarding their

discussions and attach a proposed attorney-client waiver form, including competing language to reflect any differences between the parties. The letter shall as to each point of disagreement explain each party's position.

Dated: November 19, 2019
 New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**