```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020
```

**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                STEVEN WRIGHT
—                       *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

January 20, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

The below letter was sent to the Chambers' inbox. The request to file the Declaration by **January 24, 2020**, is GRANTED.

Dated: January 22, 2020
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Ross Ulbricht v. United States*
      19 Civ. ~~7521k2~~ (LGS)
      7512

Dear Judge Schofield:

      This letter is in regard to the above-entitled case. Consistent with the Court's December 20, 2019, Order (ECF Dkt # 17), I have been preparing a Declaration in response to petitioner Ross Ulbricht's October 8, 2019, Declaration (ECF Dkt # 9). However, due to certain case-related obligations, including unanticipated motion practice in a matter that is set for trial in late February, I have not yet completed the Declaration in this matter. As a result, it is respectfully requested that the due date for my Declaration be extended to this coming Friday, January 24, 2020, by which time it will be finished and submitted.

                                                  Respectfully submitted,

                                                  Joshua L. Dratel

JLD/