Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
https://2255motion.com
Vt Bar # 5573

*Attorney for Ross William Ulbricht*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
ROSS WILLIAM ULBRICHT,
                                            :
       Plaintiff,                      :          NOTICE OF APPEARANCE
                                            :
  - v -                                     :
                                            :
UNITED STATES OF AMERICA,    :          No.: 19 Civ. 7512 (LGS)

       Defendant.                     :

                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The Clerk will please enter the appearance of Mr. Brandon Sample as co-counsel for Ross William Ulbricht.

                                  Respectfully submitted,

                    By:   /s/Brandon Sample
                           Brandon Sample

**Ross William Ulbricht – Notice of Appearance**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 6th day of February, 2020, via CM/ECF on all counsel of record.

/s/Brandon Sample
Brandon Sample