# Exhibit D

ECHKULBM

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                        14 CR 68 (KBF)

5    ROSS WILLIAM ULBRICHT,

6              Defendant.

7    ------------------------------x

8                                       New York, N.Y.
                                        December 17, 2014
9                                       2:00 p.m.

10
     Before:
11
                   HON. KATHERINE B. FORREST,
12
                                        District Judge
13

14                        APPEARANCES

15
     PREET BHARARA,
16        United States Attorney for the
          Southern District of New York
17   SERRIN A. TURNER
     TIMOTHY HOWARD
18        Assistant United States Attorney

19   JOSHUA LEWIS DRATEL
     LINDSAY LEWIS
20   JOSHUA HOROWITZ
          Attorneys for Defendant

21

22

23

24

25

ECHKULBM

1    you to understand that the jury will be given an instruction

2    that they cannot draw any inference or suggestion of guilt from

3    the fact that you do not testify.  Do you understand that?

4              THE DEFENDANT:  Yes.

5              THE COURT:  Now, in terms of plea offers, has there

6    ever been a time when the government has made a plea offer that

7    has been conveyed to you?

8              THE DEFENDANT:  Nothing in writing, Your Honor, but

9    there was a verbal offer.

10             THE COURT:  All right.  Was that just one offer so far

11   as you understood?

12             THE DEFENDANT:  Yes.

13             THE COURT:  Mr. Dratel, is that your understanding,

14   that there was one oral offer that was made?

15             MR. DRATEL:  Correct, Your Honor.

16             THE COURT:  Is that consistent with what the

17   government believes has been extended to the defendant?

18             MR. TURNER:  Yes.  Preindictment, Your Honor.

19             THE COURT:  And that was a preindictment plea offer?

20             MR. TURNER:  Yes.

21             THE COURT:  All right.

22             Mr. Ulbricht, did you turn that offer down?

23             THE DEFENDANT:  I suppose by not responding, it was a

24   declining, yes.

25             THE COURT:  And I take it that there is no plea offer

ECHKULBM

1    that is currently on the table; is that right, Mr. Turner?

2                MR. TURNER:  Correct.

3                MR. DRATEL:  That's my understanding as well, Your

4    Honor.

5                THE COURT:  All right.

6                All right.  Thank you.

7                THE DEFENDANT:  Your Honor?

8                THE COURT:  Yes.

9                THE DEFENDANT:  I wonder if I could have just a moment

10   with my lawyer?  There was an issue regarding the presentation

11   of evidence that I haven't had a chance to bring it up with

12   them, and it seemed like since we went over that earlier, it

13   would be a good time?

14               THE COURT:  Yes.

15               THE DEFENDANT:  Just a couple of minutes.

16               THE COURT:  I'll give you a couple of minutes and

17   wait.

18               MR. DRATEL:  Thank you, Your Honor.

19               (Pause)

20               THE COURT:  Mr. Dratel, is there anything further?

21               MR. DRATEL:  Just that -- I'll just tell the Court

22   what this is about.  It's about the chats, the issue about how

23   the government is going to present them with readers, and what

24   I think what I'd like to do is just get an opportunity to go

25   back, write a letter to the Court about that, just so that