# Exhibit E

|  | Seizure Number | Purchase Date | Vendor | Date Analyzed | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 1 | 20123901-00022501 | 1/8/2012 | JUERGEN2001 | 2/15/2012 | 0.98 | MDMA |
| 2 | 20123901-10252601 | 1/8/2012 | CHEMICAL BROTHERS | 2/17/2012 | 1 | MDMA |
| 3 | 20123901-00022401 | 1/8/2012 | JUERGEN2001 | 3/1/2012 | 0.85 | Amphetamine |
| 4 | 20123901-10261601 | 1/8/2012 | AMSTERDAMGOODS | 2/15/2012 | 1 | MDMA |
| 5 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/15/2012 | 0.97 | MDMA |
| 6 | 20123901-00025901 | 1/8/2012 | MDMATE | 2/15/2012 | 1 | MDMA |
| 7 | 20123901-00025601 | 1/8/2012 | NAMASTE | 2/16/2012 | 0.31 | MDMA |
| 8 | 20123901-00024401 | 1/8/2012 | STREET PHARMACY | 2/21/2012 | 2.6 | MDMA |
| 9 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/28/2012 | 1.1 | Cocaine Hydrochloride |
| 10 | 20123901-00023301 | 1/8/2012 | MROUID | 3/1/2012 | 11.1 | Meth Hydrochloride |
| 11 | 20123901-10263901 | 1/8/2012 | SUNSHINE | 3/6/2012 | 0.1 | 2C-B |
| 12 | 20123901-00023801 | 1/8/2012 | PEACE AND LOVE | 3/6/2012 | 0.13 | Oxycodone |
| 13 | 20123901-00026501 | 1/8/2012 | WALTER | 3/6/2012 | 0.19 | DMT |
| 14 | 20123901-00024501 | 1/8/2012 | HASHUK | 3/13/2012 | 1 | Marijuana |
| 15 | 20123901-00023401 | 1/8/2012 | ALTEREGO | 3/16/2012 | 19.2 | Morphine, Codine, Thebaine |
| 16 | 20123901-00023501 | 1/8/2012 | CRIPLED CRANIUM | 3/16/2012 | 0.011 | LSD |
| 17 | 20123901-00025801 | 1/8/2012 | YESHUA | 3/21/2012 | 1.2 | Bufotenine |
| 18 | 20123901-10390601 | 3/1/2012 | DUTCHAANBOD | 4/10/2012 | 0.61 | Cocaine Hydrochloride |
| 19 | 20123901-00037201 | 3/1/2012 | IVORY | 5/4/2012 | 0.24 | 2C-B/MDMA |
| 20 | 20123901-10390801 | 3/1/2012 | NORIEGA | 5/7/2012 | 0.49 | Heroin Hydrochloride |
| 21 | 20123901-10390701 | 3/1/2012 | MADE IN HOLLAND | 5/11/2012 | 0.35 | MDMA |
| 22 | 20123901-10390901 | 3/1/2012 | DRJOHNHALPERN | 5/11/2012 | 0.27 | MDMA |
| 23 | 20123901-00037601 | 3/1/2012 | SKYY | 5/14/2012 | 1.3 | MDMA/MDDMA |
| 24 | 20123901-00037901 | 3/1/2012 | DOPEYDWARF | 5/14/2012 | 0.24 | MDMA |
| 25 | 20123901-00038001 | 3/1/2012 | DAGOBERT | 5/14/2012 | 0.28 | MDMA |
| 26 | 20123901-00038101 | 3/1/2012 | MITANOX | 5/14/2012 | 1 | MDMA |
| 27 | 20123901-00039301 | 3/1/2012 | BLAATZ0R | 5/4/2012 | 0.93 | Amphetamine |
| 28 | 20123901-00039401 | 3/1/2012 | MISTERSAFE | 5/14/2012 | 1.7 | MDMA |
| 29 | 20123901-00042101 | 3/1/2012 | MRNICE1 | 5/14/2012 | 0.1 | Heroin |
| 30 | 20123901-00042201 | 3/1/2012 | GOOGLEYED | 6/1/2012 | 16 | (No Controlled Substance) |
| 31 | 20123901-00055901 | 5/18/2012 | KITTYCAT | 7/24/2012 | 0.34 | MDMA |
| 32 | 20123901-00056101 | 5/29/2012 | DUTCHQUALITYBEANS | 7/24/2012 | 2 | MDMA |
| 33 | 20123901-00056201 | 5/18/2012 | MAGICALBONNY | 7/24/2012 | 0.63 | MDMA |
| 34 | 20123901-00056401 | 5/18/2012 | CLOUDSURFER | 7/24/2012 | 1 | MDMA |
| 35 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.3 | MDMA |
| 36 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.93 | MDMA |
| 37 | 20123901-00056301 | 5/18/2012 | AMSTERDOPE | 8/22/2012 | 0.97 | Amphetamine |
| 38 | 20123901-00062001 | 5/18/2012 | ABZU | 7/25/2012 | 1 | MDMA |
| 39 | 2013390100044601 | 3/6/2013 | BEST DUTCH DRUGS | 4/26/2013 | 1.1 | MDMA |
| 40 | 2013390100044701 | 3/6/2013 | EMONKEY | 4/26/2013 | 1.2 | MDMA |
| 41 | 2013390100045401 | 3/6/2013 | CHEMICALSISTERS | 4/26/2013 | 0.47 | MDMA |
| 42 | 2013390100045101 | 3/6/2013 | UGLYDOLL | 5/17/2013 | 0.21 | Heroin/MDMA |
| 43 | 2013390100044201 | 3/6/2013 | HAPPYTIMEZZ | 5/23/2013 | 0.44 | Cocaine Base |
| 44 | 2013390100044401 | 3/6/2013 | CHARLIEANDMOLLIE | 5/23/2013 | 0.49 | Cocaine Hydrochloride |
| 45 | 2013390100044501 | 3/6/2013 | ABZU | 7/18/2013 | 1 | Amphetamine |
| 46 | 2013390100045201 | 3/7/2013 | THE DUTCH GUY | 7/18/2013 | 0.089 | DMT |
| 47 | 2013390100044301 | 3/6/2013 | FREDTHEBAKER | 8/1/2013 | 0.014 | LSD |
| 48 | 2013390100045301 | 3/6/2013 | AAKOVEN | 8/1/2013 | 0.032 | LSD |
| 49 | 2013390100048201 | 3/6/2013 | NEVITA | 7/31/2013 | 1 | 25i-NBOMe |
| 50 | 2013390100049301 | 3/6/2013 | MERCURY 31 | 4/26/2013 | 2.1 | MDMA |
| 51 | 2013390100049401 | 3/6/2013 | DUTCHFLOWERS | 4/29/2013 | 1.3 | MDMA |
| 52 | 2013390100061401 | 4/11/2013 | AMSTERDOPE | 8/1/2013 | 0.1 | 5-MeO-DMT |

GOVERNMENT EXHIBIT 801
14 Cr. 68 (KBF)

7UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                     :

    -v.-                                      :    **STIPULATION**

ROSS ULBRICHT,                               :    S1 14 Cr. 68 (KBF)
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"                               :
  a/k/a "Silk Road,"
                                             :
          Defendant.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Serrin Turner and Timothy Howard, Assistant United States Attorneys, of counsel, and Ross Ulbricht, by and through his counsel, Joshua Dratel, Esq., as follows:

    If called to testify, Heather M. Miller, a Senior Forensic Chemist with the Drug Enforcement Administration ("DEA"), would testify that:

    1.    Government Exhibit 801 is a summary chart reflecting 52 substances that were submitted for laboratory testing to the DEA North Central Laboratory in Chicago, Illinois by Homeland Security Investigations Special Agent Jared DerYeghiayan.

          a.    The column labeled "Seizure Number" indicates the seizure number associated with the substance.

          b.    The column labeled "Date Analyzed" indicates the date the substance was laboratory tested.

          c.    The column labeled "Net Weight" indicates the weight of the substance submitted for testing, after removal of any packaging.



GOVERNMENT
EXHIBIT
801A
14 Cr. 68 (KBF)

d.  The column labeled "Drug Detected" indicates any illegal drugs the substance was found to contain through testing a sample of the substance, using reliable laboratory procedures.

e.  The columns labeled "Purchase Date" and "Vendor" reflect information provided by Special Agent DerYeghiayan concerning the date when each substance was purchased from the Silk Road website and the vendor from whom the purchase was made.

2.  As reflected in Government Exhibit 801, all but one of the 52 substances tested positive for illegal drugs.

IT IS FURTHER STIPULATED AND AGREED that Government Exhibit 801 and this Stipulation (Government Exhibit 801A) are admissible as Government exhibits at trial, except that the defendant reserves the right to object to these exhibits under Federal Rule of Evidence 403 or 404(b).

Dated:   New York, New York
         December 8, 2014

                                    PREET BHARARA
                                    United States Attorney
                                    Southern District of New York

                            By:     _____
                                    SERRIN TURNER
                                    TIMOTHY T. HOWARD
                                    Assistant United States Attorneys


                                    _____
                                    JOSHUA L. DRATEL
                                    Counsel for the Defendant

## Undercover Purchases from Silk Road Made by DEA New York Field Office

| Purchase Date | Vendor | Drug Ordered | Delivery Date | Lab Test Date | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 9/22/2011 | ITALIANPILOT | heroin | 10/4/2011 | 10/11/2011 | 0.21 g | heroin |
| 1/3/2012 | PAPERCHASING | heroin | 1/12/2012 | 1/19/2012 | 0.39 g | heroin |
| 2/10/2012 | PHARMVILLE | oxycodone | 2/15/2012 | 5/10/2012 | 5.7 g | oxycodone |
| 3/6/2012 | PHARMVILLE | oxycodone | 3/11/2012 | 6/21/2012 | 26.3 g | oxycodone |
| 3/6/2012 | PHARMERJOHN | heroin | 3/9/2012 | 6/21/2012 | 2.9 g | heroin |
| 5/4/2012 | HYPERCITY | amphetamine | 5/11/2012 | 8/31/2012 | 0.46 g | amphetamine |
| 5/31/2012 | KALONJI | crack cocaine (cocaine base) | 6/8/2012 | 12/3/2012 | 5.3 g | cocaine base |
| 6/18/2012 | VICODIN | oxycodone | 6/28/2012 | 1/24/2013 | 0.54 g | oxycodone |
| 8/16/2012 | VICODIN | oxycodone | 8/21/2012 | 3/11/2013 | 2.7 g | oxycodone |
| 9/14/2012 | MOXYCOTTON | oxycodone | 9/26/2012 | 4/4/2013 | 2.3 g | oxycodone |
| 9/14/2012 | DEADHEAD777 | heroin | 9/26/2012 | 3/29/2013 | 0.52 g | heroin |
| 10/19/2012 | MOXYCOTTON | oxycodone | 10/25/2012 | 4/10/2013 | 2.3 g | oxycodone |
| 5/14/2013 | NOD | cocaine | 5/21/2013 | 8/29/2013 | 7.0 g | cocaine |

GOVERNMENT EXHIBIT 802 14 Cr. 68 (KBF)

7UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| -v.- : | **STIPULATIONS** |
| ROSS ULBRICHT, : | S1 14 Cr. 68 (KBF) |
| a/k/a "Dread Pirate Roberts," | |
| a/k/a "DPR," : | |
| a/k/a "Silk Road," | |
| : | |
| Defendant. | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Serrin Turner and Timothy Howard, Assistant United States Attorneys, of counsel, and Ross Ulbricht, by and through his counsel, Joshua Dratel, Esq., as follows:

1. If called to testify, Shelby Richardson, a Special Agent with the Drug Enforcement Administration ("DEA"), would testify that:

    a. From September 2011 to May 2013, Special Agent Richardson attempted a total of 8 undercover purchases from the Silk Road website using the Silk Road username "downers4u."

    b. Government Exhibit 802 is a spreadsheet reflecting the results of the undercover purchases.

        i. The column labeled "Purchase Date" indicates the date the order was placed on the website.

        ii. The column labeled "Vendor" indicates the username of the vendor with whom the order was placed.



GOVERNMENT
EXHIBIT
802A
14 Cr. 68 (KBF)

iii. The column labeled "Drug Ordered" indicates the type of drug ordered.

iv. The column labeled "Delivery Date" indicates the date that the order was retrieved from the mailing address designated by Special Agent Richardson in placing the order.

c. All of the orders reflected in the spreadsheet were placed by Special Agent Richardson using a computer located in the Southern District of New York and were shipped to an undercover mailing address located in the Southern District of New York.

d. All of the substances received were submitted to the DEA Northeast Laboratory for testing.

2. If called to testify, Russell J. Gallis, a Forensic Chemist with the DEA, would testify that:

a. On the dates indicated in the column of Government Exhibit 802 labeled "Lab Test Date," Mr. Gallis tested each of the substances Special Agent Richardson transferred to the DEA Northeast Laboratory.

b. The column of the spreadsheet labeled "Net Weight" reflects the weight of each substance submitted for testing, after removal of any packaging.

c. The column of the spreadsheet labeled "Drug Detected" indicates any illegal drugs the substance was found to contain through testing a sample of the substance, using reliable laboratory procedures.

d. As reflected in the spreadsheet, all 8 substances submitted by Special Agent Richardson tested positive for illegal drugs.

IT IS FURTHER STIPULATED AND AGREED that Government Exhibit 802 and this Stipulation (Government Exhibit 802A) are admissible as Government exhibits at trial, except that the defendant reserves the right to object to these exhibits under Federal Rule of Evidence 403 or 404(b).

Dated: New York, New York
December 8, 2014

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
SERRIN TURNER
TIMOTHY T. HOWARD
Assistant United States Attorneys

_____
JOSHUA L. DRATEL
Counsel for the Defendant