```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ROSS WILLIAM ULBRICHT,                        :
                                              :
                          Petitioner,         :      19 Civ. 7512 (LGS)
                                              :
            -against-                         :      ORDER
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                          Respondent.         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 19, 2020, the Government timely filed its response to Petitioner's petition. ECF 21. The submissions include redacted materials and, on the same day, the Government sent an email to Chambers requesting that the redactions be approved. It is hereby

**ORDERED** that, by **February 28, 2020**, the Government resubmit the non-redacted materials on the docket under seal in compliance with the new Individual Rules for the submission of redacted materials.

Dated: February 21, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE