USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSS WILLIAM ULBRICHT,

                              Petitioner,          19 Civ. 7512 (LGS)

              -against-                         ORDER

UNITED STATES OF AMERICA,

                             Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 24, 2020, the Government filed its response to Petitioner's petition under seal in compliance with the Court's Individual Rules. The Government has stated that the response redacts material consistent with the Court's prior Order. ECF 17. The Court has reviewed the proposed redactions and finds that they are made in compliance with the Court's prior Order. It is hereby

       **ORDERED** that, the Government may submit its response with redactions on the Docket.

Dated: February 25, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE