

Via ECF Filing Only

March 20, 2020

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020
```

**APPLICATION GRANTED.  The reply is due on March 27, 2020.**

**Dated: March 23, 2020  New York, New York**

RE:   *Ross William Ulbricht v. United States*, No. 19 Civ. 7512 (LGS) (S.D. N.Y.)
         Extension of Time to File Reply to Government's Response Memorandum

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

Ross William Ulbricht ("Ulbricht"), through undersigned counsel, respectfully requests an extension of time until March 27, 2020, to submit his reply to the Government's response to his 28 U.S.C. § 2255 motion.

The requested extension of time is sought primarily due to the impact of the COVID-19 pandemic. For instance, undersigned counsel originally intended to visit with Ulbricht on March 12, 2020, in person, but that meeting was cancelled based on COVID-19 concerns. A substitute phone call with Ulbricht occurred only a few days ago. Additionally, as a result of COVID-19, undersigned counsel has had to restructure some of his office's operations this week, taking time away from the preparation of Ulbricht's reply memorandum.

Accordingly, Ulbricht respectfully seeks a modest, seven day extension of time until March 27, 2020, to submit his reply to the Government's response to his 28 U.S.C. § 2255 motion.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample
Email: brandon@brandonsample.com
Phone: 802-444-4357
Vermont Bar # 5573

*Attorney for Ross William Ulbricht*

Encl. (0x)
BCS/
cc:   All counsel of record, via ECF notification
         Mr. Ross William Ulbricht, via U.S. Mail only
         File

Brandon Sample PLC         brandonsample.com              Tel: (802) 444-4357
P.O. Box 250                       clemency.com                    Fax: (802) 779-9590
Rutland, VT 05702           sentencing.net                   info@brandonsample.com