

March 28, 2020

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

RE:     *Ross William Ulbricht v. United States,* No. 19 Civ. 7512 (LGS) (S.D. N.Y.)
           Motion to Seal and for Approval of Redactions

Dear Judge Schofield:

Ross William Ulbricht ("Ulbricht"), through undersigned counsel, respectfully requests leave to file, under seal, an unredacted copy of his Reply Memorandum in Support of 28 U.S.C. § 2255 Motion. Ulbricht also seeks approval of the proposed redactions to the public version of his Reply Memorandum. (ECF 27).

Sealing of the unredacted Reply Memorandum and approval of the proposed redactions is sought consistent with the Court's prior order. (ECF 17).

An appendix that identifies all parties and attorneys of record who should have access to the sealed document is attached to this motion.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample
Email: brandon@brandonsample.com
Phone: 802-444-4357
Vermont Bar # 5573

*Attorney for Ross William Ulbricht*

cc:     All counsel of record, via ECF notification
           Mr. Ross William Ulbricht, via U.S. Mail only
           File

Brandon Sample PLC     brandonsample.com     Tel: (802) 444-4357
P.O. Box 250     clemency.com     Fax: (802) 779-9590
Rutland, VT 05702     sentencing.net     info@brandonsample.com