# **Appendix**

*Parties Who Should Have Access to the Sealed, Unredacted Reply Memorandum*

1. United States of America
2. Ross William Ulbricht

*Attorneys Who Should Have Access to the Sealed, Unredacted Reply Memorandum*

1. Brandon Sample
2. Zachary Newland
3. Eun Young Choi
4. Michael Daniel Neff
5. Timothy Turner Howard
6. Vladislav Vainberg