## Appendix

*Parties Who Should Have Access to the Sealed, Unredacted Reply Memorandum*

1. United States of America
2. Ross William Ulbricht

*Attorneys Who Should Have Access to the Sealed, Unredacted Reply Memorandum*

1. Brandon Sample
2. Zachary Newland
3. Eun Young Choi
4. Michael Daniel Neff
5. Timothy Turner Howard
6. Vladislav Vainberg

WHEREAS, on March 28, 2020, Petitioner filed his reply memorandum of law under seal. ECF 27. Petitioner has stated that the reply redacts material consistent with the Court's Order at Docket No. 17. The Court has reviewed the proposed redactions and finds that they are made in compliance with the Court's prior Order. It is hereby

ORDERED that Petitioner may submit its response with redactions on the docket. It is further

ORDERED that the parties and attorneys listed on this letter should have access to the reply memorandum filed under seal at Docket No. 29.

Dated: March 30, 2020
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE