Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
https://2255motion.com
Vt Bar # 5573

*Attorney for Ross William Ulbricht*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ROSS WILLIAM ULBRICHT, | : | |
| Plaintiff, | : | MOTION TO WITHDRAW |
| | : | |
| - v - | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No.: 19 Civ. 7512 (LGS) |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Ross William Ulbricht, by and through the undersigned counsel, respectfully moves to withdraw the appearance of Mr. Zachary Newland in this matter. Mr. Newland was previously an associate of Brandon Sample PLC. Mr. Ulbricht chose to continue with representation by Mr. Brandon Sample of Brandon Sample PLC after Mr. Newland's departure from the Firm. Because Mr. Newland's representation of

Mr. Ulbricht has ended, the Court should withdraw Mr. Newland's appearance in this matter.

Respectfully submitted,

By:   /s/Brandon Sample
　　　Brandon Sample

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 2nd day of April, 2021, via CM/ECF on all counsel of record. In addition, a copy is being sent via U.S. Postal Mail to:

Mr. Ross Ulbricht # 18870-111
U.S. PENITENTIARY
P.O. BOX 24550
TUCSON, AZ  85734

/s/Brandon Sample
Brandon Sample