UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
ROSS WILLIAM ULBRICHT,                 :
                                       :
      Plaintiff,                      :  ORDER
                                       :
  - v -                               :
                                       :
UNITED STATES OF AMERICA,              :  No.: 19 Civ. 7512 (LGS)
                                          14 Crim. 68 (LGS)
      Defendant.                      :
                                       :
------------------------------------- x

      Before the Court is Ross William Ulbricht's Motion to Withdraw the appearance of Mr. Zachary Newland in this matter. The Court, having considered the matter, GRANTS the motion. Mr. Newland's appearance is hereby withdrawn.

Signed this __5th__ day of __April__, 2021.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**